UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY JOHNSON, | ) | NO. CV 11-5785-RGK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DERRAL G. ADAMS, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 25, 2011.

/s/ Gary Klausner
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE